```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,                                              :
                                                            :    20-CV-8264 (PGG) (RWL)
                            Plaintiff,                      :
                                                            :
            - against -                                     :    ORDER
                                                            :
BOGS FOOTWEAR,                                              :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On November 23, 2020, the Court ordered the parties to submit status updates every sixty (60) days.  To date, the parties have not submitted a status update.  Therefore, by April 23, 2021, the parties shall submit a status update.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021